### Vernon Johnson v. The State.

No. 21111. Delivered May 8, 1940.

The opinion states the case.

*Percy Foreman,* of Houston, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary of a private residence at night, punishment being five years in the penitentiary.

The record contains no statement of facts or bills of exception, save a number of exceptions to the court's charge, and to the refusal of some special charges, none of which may be appraised in the absence of the facts.

The judgment is affirmed.